808 F.2d 1272
 42 Fair Empl.Prac.Cas. 1895
 Lorraine LE BEAU, et al., Plaintiffs,
and
Equal Employment Opportunity Commission,
Plaintiff-Intervenor-Appellant,
v.
LIBBEY-OWENS-FORD COMPANY, An Ohio Corporation, and Local
19, United Glass and Ceramic Workers, Defendants-Appellees.
 No. 85-1242.
 United States Court of Appeals,
Seventh Circuit.
 Jan. 7, 1987.
 
 Appeal from the United States District Court for the Northern District of Illinois, Eastern Division; James B. Parsons, Judge.
 Before BAUER, Chief Judge and CUMMINGS, WOOD, CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE and MANION, Circuit Judges.
 
 
 1
 Prior Report: 799 F.2d 1152.
 
 ORDER
 
 2
 This case is before the court on petitions for rehearing and suggestion for rehearing en banc filed by Libbey-Owens-Ford Company and Local 19, United Glass and Ceramic Workers. On consideration of the petitions for rehearing, the court on its own motion modifies the opinion as follows:On page 1159, line 5 of footnote nine, delete the sentence beginning "The first mention...."
 
 
 3
 On page 1160, 2d col. line 15, the citation to the "1982 District Court Opinion at 27 n. 5" is modified to "1982 District Court Opinion at 6 n. 2 p (5)".
 
 
 4
 On further consideration of the petitions for rehearing and suggestion for rehearing en banc, a vote of the active members of the court was requested and less than a majority* of the members of the court have voted to grant a rehearing en banc. A majority of the judges on the original panel have voted to deny the petitions for rehearing. Accordingly,
 
 
 5
 IT IS ORDERED that the aforesaid petitions for rehearing and suggestion for rehearing en banc be, and the same are, hereby DENIED.
 
 
 
 *
 Chief Judge Bauer, and Circuit Judges Posner, Coffey and Easterbrook voted to grant petitions for rehearing en banc. Senior Circuit Judge Eschbach was a member of the original panel, but did not participate in the vote on suggestion for rehearing en banc